*Robert C. & Philip H. Alston*, for defendant.

---

## WALLACE *v.* MATTHEWSON.

PER CURIAM.  This was an action by a father for loss of services of his son, on account of injury alleged to have been caused by negligence of the defendant.  The injury was the same as that involved in the case of *Wallace* v. *Matthewson*, supra.  The decision in that case is controlling in this.

*Judgment reversed.  All the Justices concur, except Fish, C. J., absent.*.
                              FEBRUARY 22, 1915.